UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BRUCE WITT,

                    Plaintiff,

vs.

UNITED STATES OF AMERICA,
THE NEW YORK STATE OFFICE OF
COURT ADMINISTRATION and
THE NEW YORK STATE DIVISION OF
CRIMINAL JUSTICE SERVICES,

                    Defendants.

Civil Action No.:6:21-cv-06217

### RULE 41(a)(1)(A)(i) VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Bruce Witt, by his attorney, Donald W. O'Brien, Jr., Esq., hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice, against the Defendants, United States of America, The New York State Office of Court Administration and The New York State Division of Criminal Justice Services.  Defendants have not served an answer or a motion for summary judgment and have not otherwise appeared in the above proceeding.

Dated:  August 24, 2021
       Rochester, New York

Donald W. O'Brien, Jr.
WOODS OVIATT GILMAN LLP
*Attorneys for Plaintiff*
1900 Bausch & Lomb Place
Rochester, New York 14604
Tel.:  (585) 987-2800
Email:  dobrien@woodsoviatt.com

{8581426: }